**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTONIO ELISENDER CABRERA-CASTILLO,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 09-71797<br><br>Agency No. A099-473-116<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]
San Francisco, California

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Antonio Elisender Cabrera-Castillo, a native and citizen of Guatemala,

petitions pro se for review of the Board of Immigration Appeals' denial of his

application for asylum.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Cabrera-Castillo contends that the BIA failed to state sufficient reasons to support its decision. We conclude that the BIA's decision was sufficiently detailed and reasoned to facilitate our review on appeal. *See Vinnanueva-Franco v. INS*, 802 F.3d 327, 330 (9th Cir. 1986) ("all that is necessary is a decision that sets out terms sufficient to enable [the] reviewing court to see that the [BIA] has heard, considered, and decided.")

Petitioner also contends that he is entitled to asylum because he will be persecuted for his anti-gang beliefs and his refusal to be recruited by gangs. We reject Cabrera-Castillo's claim that he is eligible for asylum based on alleged persecution arising from his anti-gang opinions and actions. *See Barrios v. Holder*, 581 F.3d 849, 854-56 (9th Cir. 2009); *Santos-Lemus v. Mukasey*, 542 F.3d 738, 745-47 (9th Cir. 2008). Because Cabrera-Castillo failed to demonstrate that he suffered harm that rose to the level of persecution or that it was on account of a protected ground, we deny the petition for review.

**PETITION FOR REVIEW DENIED**.